## Frank Parmelee v. John L. Johnson.

1. DEPOSITION—*Immaterial Questions.*

**Memorandum.**—Appeal from the Superior Court of Cook County; the Hon. GEORGE W. BLANKE, Judge, presiding. Affirmed, February 12, 1895.

EDMUND FURTHMANN, attorney for appellant.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The question made in this case is whether a deposition, to suppress which no motion was ever made, the witness testifying to the value of his luggage, consisting mostly of articles of wearing apparel, is competent as evidence of such value; which hardly rises to the dignity of a question. Lundberg v. Mackenhauser, 4 Ill. App. 603.

The judgment is affirmed.